# EXHIBIT A

**Registration Number**
PA 1-817-906

**Effective date of registration:**
October 28, 2012

## Title

**Title of Work:** Ridin Rollercoaster

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 17, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Milan Brewer

  **Author Created:** sound recording

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Milan G. Brewer

7012 Kittyhawk Ave., Los Angeles, CA, 90045, United States

## Rights and Permissions

**Name:** Milan G. Brewer

**Email:** milanomilan21@gmail.com **Telephone:** 424-224-2259

## Certification

**Name:** Milan Brewer

**Date:** October 28, 2012

---

**Correspondence:** Yes